IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAMES DARREN McHENRY,

        Plaintiff,

v.                                    CIVIL ACTION NO.  3:15-11016

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's Uncontested Motion for Remand (ECF No. 14), reverse or vacate the decision of the Commissioner, and remand Plaintiff's case to the Commissioner pursuant to the fourth Sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the unopposed Motion.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendant's Uncontested Motion for Remand (ECF No. 14), **VACATES** the decision of the Commissioner, and **REMANDS** Plaintiff's case to the Commissioner pursuant to the fourth Sentence of 42 U.S.C. § 405(g) for further proceedings as

outlined in the unopposed Motion, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: January 26, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE